NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
VENABLE LLP
Ari N. Rothman (SBN 296568)
Bryan J. Weintrop (SBN 307416)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901
Email: anrothman@venable.com, bjweintrop@venable.com

ATTORNEY(S) FOR: Defendant One Technologies, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Aaron Hicks,<br><br>Plaintiff(s),<br><br>v.<br><br>One Technologies LLC, and DOES 1-100 inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   defendant One Technologies, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Aaron Hicks | Plaintiff |
| One Technologies, LLC | Defendant |
| Sanjay Baskaran | Member of One Technologies |
| Alex Chang | Member of One Technologies |
| Roger Chang | Member of One Technologies |
| Mark Henry | Member of One Technologies |
| Jamie Schultz | Member of One Technologies |

September 23, 2020
Date

/s/ Ari N. Rothman
Signature
Ari N. Rothman

Attorney of record for (or name of party appearing in pro per):

Defendant One Technologies, LLC


American LegalNet, Inc.
www.FormsWorkFlow.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            )        ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

    On **September 23, 2020**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action addressed as follows:

David J. McGlothlin               Attorneys for Plaintiff
Veronica Cruz                    Aaron Hicks
KAZEROUNI LAW GROUP PC
245 Fisher Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Email:  david@kazlg.com
Email:  veronica@kazlg.com

☑    By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

    ☑    **BY MAIL (FRCP 5(b)(2)(C))**:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on **September 23, 2020**, at Los Angeles, California.

_____
Arkisa Ward

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900